**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:    07-55552 |
| ROGER F GILKEY JR | | |
| 4285 BROADWAY UNIT D5 | : | CHAPTER 13 |
| GROVE CITY, OH  43123 | | |
| | : | Judge:     CHARLES M. CALDWELL |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  February 26, 2011                    /s/ Frank M. Pees

Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS | 6.05 |
| 109 E MARKET ST | |
| BLOOMINGTON, IL  61701 | |