# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

In Re:  :  Case No:  07-55552
ROGER F GILKEY JR

                              :  Chapter 13

                              :  Judge:  CHARLES M. CALDWELL

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  March 29, 2011                                                         /s/ Frank M. Pees
                                                                                     Frank M. Pees
                                                                                     Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS<br>109 E MARKET ST<br>BLOOMINGTON, IL 61701-0000 | 32.93 |